# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2569
_____

United States of America

*Plaintiff - Appellee*

v.

Columbus Lynn White

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: March 18, 2014
Filed: March 21, 2014
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Columbus White appeals the sentence the district court[1] imposed after he pleaded guilty to a felon-in-possession offense. His counsel seeks leave to withdraw

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the within-Guidelines-range sentence is not substantively unreasonable.  <u>See</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (if sentence is within Guidelines range, appellate court may apply presumption of reasonableness); <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision).  Further, having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw. The judgment is affirmed.

_____